**JS-5**; O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-7397 AHM (AJWx) | Date | April 25, 2012 |
|---|---|---|---|
| Title | THOMAS v. AVIS BUDGET GROUP LLC | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

In light of the California Supreme Court's decision in *Brinker Restaurant Corporation v. Superior Court*, 2012 WL 1216356 (Cal. April 12, 2012), the Court VACATES the September 21, 2009 Order staying this case.[1]  This case shall be placed back on the Court's active calendar.

The Court appreciates the parties' helpful status reports concerning the impact of *Brinker* on the pending class certification motion.  Unfortunately, given the fact that Plaintiff's class certification motion was filed on June 22, 2009—nearly three years ago—the Court finds it necessary to order the parties to re-brief the motion.  Accordingly, the Court STRIKES the June 22, 2009 motion for class certification.  Plaintiff shall file a new motion for class certification by no later than May 14, 2012, and the hearing date shall be no earlier than 35 days after the motion is filed.  Defendant's opposition brief will be due 14 days after the motion is filed, and Plaintiff will have 7 days to file a reply brief.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

**JS-5**

---

[1] Dkt. 26.