UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-07397 AHM (AJWx) | Date | June 13, 2012 |
|---|---|---|---|
| Title | DAVID THOMAS V. AVIS BUDGET GROUP LLC et al | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

In filing this suit, Plaintiff David Thomas named "Avis Budget Group LLC" as the defendant. (Notice of Removal at 11.) The sole defendant that answered Plaintiff's complaint is "Budget Rent A Car System, Inc." This defendant claims (1) that it was Plaintiff's employer, (2) that Plaintiff erroneously named Avis Budget Group LLC in filing this suit, and (3) that there is no entity named Avis Budget Group LLC. (Opp. to Mot. for Class Certification at 1 n.1.) In response, Plaintiff contends that this case is "not limited to Budget Rent A Car System, Inc." and that "Avis Budget Group LLC and Avis Budget Car Rental LLC is [sic] the proper employer." (Reply to Mot. for Class Certification at 13.)

Plaintiff's Motion for Class Certification seeks to certify four sub-classes of Customer Service Representatives who were or are currently employed by "Avis Budget." (Mot. at 3.) The motion does not even mention the purported class to which any sub-class would relate.

Accordingly, the Court ORDERS Plaintiff to show cause in writing, by no later than 4:00 p.m., on June 14, 2012, as follows:

1. That Plaintiff served and filed a proof of service as to "Avis Budget Group LLC" and/or Avis "Budget Car Rental LLC." Any such proof of service should be attached to Plaintiff's statement.

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-07397 AHM (AJWx) | Date | June 13, 2012 |
|---|---|---|---|
| Title | DAVID THOMAS V. AVIS BUDGET GROUP LLC et al | | |

2. Assuming that Plaintiff has served any such entity, why Plaintiff has not sought an entry of Default as to it.

3. How any court could certify sub-classes absent a class.

                                                  Initials of Preparer    :    SMO