UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-07397 AHM (AJWx) | Date | October 11, 2012 |
|---|---|---|---|
| Title | DAVID THOMAS v. AVIS BUDGET GROUP LLC et al | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

At a hearing on June 18, 2012, this Court granted plaintiff David Thomas leave to file an amended complaint by July 23, 2012, and to file a renewed motion for class certification by October 1, 2012. To date, neither document has been filed. Plaintiff is hereby ORDERED to file a statement by no later than Tuesday, October 16, 2012, explaining why he has not made these filings. If the Defendant wishes to respond to Plaintiff's statement, he must do so by no later than two days after Plaintiff's statement is filed.

|  | : |
|---|---|
| Initials of Preparer | SMO |