JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID THOMAS,<br><br>      Plaintiff(s),<br><br>    v.<br><br>AVIS BUDGET GROUP, LLC, *et al.*,<br><br>      Defendant(s). | CASE NO. CV08-07397-AHM (AJWx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

The Court having been advised by the Settlement Officer, the Honorable Andrew J. Wistrich, that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 28, 2013

_____
A. HOWARD MATZ
United States District Judge

**JS-6**